IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER LITTNER PLAINTIFF

v. CIVIL ACTION NO. 1:16-cv-00048-GHD-RP

MISSISSIPPI DEPARTMENT OF PUBLIC
SAFETY BUREAU OF NARCOTICS;
CITY OF FULTON, MISSISSIPPI; CHIEF
REGINALD REGGIE JOHNSON in His Official
Capacity; AGENT JOE HILL in His Individual and
Official Capacity; and JOHN DOES 1–2 in Their
Individual and Official Capacities DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING AS MOOT PLAINTIFF'S MOTION TO STAY

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) Defendants' motion for summary judgment [46] is GRANTED;

(2) All claims are DISMISSED;

(3) Plaintiff's motion to stay [54] is DENIED AS MOOT; and

(4) This case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 13th day of July, 2017.

_____
SENIOR U.S. DISTRICT JUDGE